**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GOMESINDO MENDEZ, ID # 39506-177,** | ) | |
| **Movant,** | ) | |
| **vs.** | ) | **No. 3:12-CV-4261-D-BH** |
| | ) | **No. 3:09-CR-0318-D (02)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred to the United States Magistrate Judge.

Before the Court is the *Application to Proceed Without Prepayment of Fees and Affidavit* on appeal, received October 7, 2013 (doc. 16).

( )    The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.

(X)    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED because the movant has not shown that he is a pauper.

**If the Court denies the request to proceed *in forma pauperis* on appeal, movant may challenge such denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 9th day of October, 2013.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE