IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GOMESINDO MENDEZ, ID # 39506-177,   ) | |
| Movant,   ) | |
| vs.   ) | No. 3:12-CV-4261-D |
| ) | No. 3:09-CR-0318-D (02) |
| UNITED STATES OF AMERICA,   ) | |
| Respondent.   ) | |

ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( X )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(  )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

(  )  Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.  *See also* Fed. R. App. P. 24(a)(5).

**DATE: January 15, 2014**

_____
SIDNEY A. FITZWATER
CHIEF JUDGE